Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Chris A. Seeger (*pro hac vice* forthcoming)
David R. Buchanan (*pro hac vice* forthcoming)
Stephen Weiss (*pro hac vice* forthcoming)
Scott A. George (*pro hac vice* forthcoming)
**SEEGER WEISS LLP**
55 Challenger Rd, Suite 600
Ridgefield Park, NJ 05667
Telephone: 973-639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sweiss@seegerweiss.com
sgeorge@seegerweiss.com

*Attorneys for Plaintiff*
*Brevard Marketing LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BREVARD MARKETING LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAYPAL, INC and PAYPAL HOLDINGS, INC,<br><br>Defendants. | Case No.: 5:25-cv-00573<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 16, 2025

Respectfully submitted

By: */s/ Simon S. Grille*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
GIRARD SHARP LLP

1
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Chris A. Seeger (*pro hac vice* forthcoming)
David R. Buchanan (*pro hac vice* forthcoming)
Stephen Weiss (*pro hac vice* forthcoming)
Scott A. George (*pro hac vice* forthcoming)
**SEEGER WEISS LLP**
55 Challenger Rd, Suite 600
Ridgefield Park, NJ 05667
Telephone: 973-639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sweiss@seegerweiss.com
sgeorge@seegerweiss.com

*Attorneys for Plaintiff*

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS