1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

9

10

11  | WENDOVER PRODUCTIONS, LLC, a Limited | Case No.: 5:24-cv-9470-BLF
Liability Company; BUSINESSING, LLC, a

12  | Limited Liability Company; THE | **[PROPOSED] ORDER GRANTING**
CHARISMATIC VOICE, LLC, a Limited | **UNOPPOSED AMENDED**

13  | Liability Company; CLEARVISION MEDIA, | **ADMINISTRATIVE MOTION TO**
INC.; and GEAR LIVE MEDIA, LLC, a Limited | **CONSIDER WHETHER CASES SHOULD**

14  | Liability Company | **BE RELATED PURSUANT TO CIVIL**
| **LOCAL RULES 3-12 AND 7-11**

15  |                         Plaintiffs,

16  |         v.

17  | PAYPAL, INC.,

18  |                         Defendant.

19

20  | ELI SILVA AND ASHLEY GARDINER, on | Case No.: 5:24-cv-09510-SVK
behalf of themselves and all others similarly

21  | situated,

22  |                         Plaintiffs,

23  |         v.

24  | PAYPAL HOLDINGS, INC., a California

25  | Corporation, PAYPAL, INC., a California
Corporation,

26

27  |                         Defendants.

28

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

- 2 -

| | |
|---|---|
| GamersNexus LLC, | Case No.: 5:25-cv-00114-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendant. | |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:25-cv-00124-EKL |
| Plaintiff, | |
| v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| Defendant. | |
| SHONNA COLEMAN, on behalf of herself and all others similarly situated, | Case No.: 5:25-cv-00367-NC |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

- 3 -

| | |
|---|---|
| JOSE MORAN, individually and on behalf of others similarly situated, | Case No.: 5:25-cv-00476-SVK |
| Plaintiff, | |
| v. | |
| PAYPAL INC. and PAYPAL HOLDINGS, INC., | |
| Defendants. | |
| LYON FITNESS, LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00501-NC |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation, | |
| Defendants. | |
| EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated, | Case No.: 4:25-cv-00518-PHK |
| Plaintiff, | |
| v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| Defendants. | |
| BREVARD MARKETING LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00573-VKD |
| Plaintiff, | |
| vs. | |
| PAYPAL, INC and PAYPAL HOLDINGS, INC, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1    This matter comes before the Court on Plaintiffs' Unopposed Amended Administrative

2  Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

3    Upon consideration of the foregoing motion, the papers submitted in support, and good cause

4  appearing, the Court hereby GRANTS the motion.

5    IT IS SO ORDERED that *Silva v. PayPal*, No. 5:24-cv-09510 (N.D. Cal.), *GamersNexus LLC*

6  *v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114 (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No.

7  5:25-cv-00124 (N.D. Cal.), *Coleman v. Paypal Inc., et al.*, No. 5:25-cv-00367 (N.D. Cal.), *Moran v.*

8  *Paypal, Inc., et al.*, No. 5:25-cv-00476 (N.D. Cal.), *Lyon Fitness v. Paypal, Inc., et al.*, No. 5:25-cv-

9  00501 (N.D. Cal.), *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518 (N.D. Cal.), and

10 *Brevard Marketing v. PalPal,et al., Inc.*, No. 5:25-cv-00573 (N.D. Cal), are related to *Wendover, et*

11 *al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the undersigned

12 Judge.

13

14 Dated: __January 17, 2025__

15                                    _____

                                       Hon. Beth Labson Freeman
16                                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED