UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREVARD MARKETING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYPAL, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-00573-VKD<br><br>**ORDER REASSIGNING CASE** |

IT IS ORDERED that this case is reassigned to the Honorable Beth Labson Freeman in the San Jose division for all further proceedings. Counsel are instructed that all future filings shall bear the initials BLF immediately after the case number.

All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated:  January 22, 2025

Mark B. Busby
Clerk, United States District Court